IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMETRIUS CURTIS,
ADC #120225                                              PETITIONER

v.                    No. 5:14-cv-156-DPM-HDY

RAY HOBBS, Director, ADC                                 RESPONDENT

## ORDER

Opposed recommendation, № 8, adopted as supplemented. FED. R. CIV. P. 72(b)(3). Curtis has no liberty interest in an earlier parole date based on good time. *Persechini v. Callaway*, 651 F.3d 802, 807–08 (8th Cir. 2011). Motion, № 9, denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 June 2014