# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DEMETRIUS CURTIS,**
**ADC #120225**                                                                        **PETITIONER**

v.                                      No. 5:14-cv-156-DPM

**RAY HOBBS, Director, ADC**                                          **RESPONDENT**

## JUDGMENT

Curtis's petition for writ of habeas corpus is dismissed without prejudice. A certificate of appealability will not issue because Curtis has not made a substantial showing of the violation of any right.

_____
D.P. Marshall Jr.
United States District Judge

13 June 2014